JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AAA MOUNTAINVIEW RESTORATION SERVICES, INC., a California Corporation, TREVOR CONNELL, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 5:16-CV-00560-BRO-PLA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). All parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: November 7, 2016

United States District Court Judge